# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LORENZO NICHOLS          :      CIVIL ACTION
                                       :
               Petitioner      :
    v.                                  :
                                       :      No. 08-cv-2445
BRIAN COLEMAN, et al.       :
                                       :
              Respondents     :

---

## ORDER

AND NOW, this 16th day of March, 2010, upon careful and independent consideration of Petitioner's petition for a writ of habeas corpus (Doc. No. 1), Petitioner's *pro se* brief in support thereof (Doc. No. 3), Respondents' response thereto (Doc. No. 12), and Petitioner's reply to the response (Doc. No. 19), and after a review of the United States Magistrate Judge's December 4, 2008 Report and Recommendation (Doc. No. 20) and Petitioner's Objections (Doc. No. 25), it is ORDERED that:

1. The Report and Recommendation (Doc. No. 20) is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus (Doc. No. 1) is DISMISSED WITH PREJUDICE;

3. Petitioner's Objections (Doc. No. 25) are OVERRULED;

4. A certificate of appealability SHALL NOT be issued, as Petitioner has not made a substantial showing of the denial of a constitutional right or demonstrated that a reasonable jurist would debate the correctness of this ruling.  See 28 U.S.C. 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000);

5.      The Clerk of Court shall mark this case CLOSED for statistical purposes.

                        BY THE COURT:


                        _/s/ Thomas M. Golden_____
                        THOMAS M. GOLDEN, J.